68 So.2d 927

**Marvin TERRY**

**v.**

**STATE.**

**8 Div. 361.**

Court of Appeals of Alabama.

Nov. 3, 1953.

No attorney marked for appellant.

Si Garrett, Atty. Gen., for the State.

PRICE, Judge.

This appeal is on the record proper without a transcription of the testimony.

The record is in all respects regular with the exception of the number of days ordered for the defendant to serve to pay the fine and the costs.

The judgment is ordered affirmed and the cause is remanded for proper sentence.

Affirmed. Remanded for proper sentence.

·68 So.2d 927

**Marvin TERRY**

**v.**

**STATE.**

**8 Div. 362.**

Court of Appeals of Alabama.

Nov. 3, 1953.

No attorney marked for appellant.

Si Garrett, Atty. Gen., for the State.

CARR, Presiding Judge.

This appeal is in this court on the record proper without transcription of the testimony.

The record is in every respect regular, with the exception of a miscalculation in the number of days the defendant is ordered to serve to pay the costs.

The judgment below is ordered affirmed and the cause is remanded for proper sentence.

Affirmed. Remanded for proper sentence.

63 So.2d 902

**Ivan WHITT and Julian Whitt v. STATE.**

**7 Div. 240.**

Court of Appeals of Alabama.

Feb. 17, 1953.

E. L. Roberts, Gadsden, for appellant.

Si Garrett, Atty. Gen., and L. E. Barton, Asst. Atty. Gen., and Thos. M. Haas, Montgomery, of counsel, for the State.

HARWOOD, Judge.

Affirmed.